UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,
                Plaintiff,

-v-

SOHO GARDEN, INC., *et al.*,
                Defendants.

24-CV-2240 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Ricardo Velasquez filed a complaint on March 25, 2024. (ECF No. 1.) Defendants Soho Garden, Inc. and D.K. Property Inc. were served on April 16, 2024, and a response to the complaint was due by May 7, 2024. (ECF Nos. 7, 8.) Defendants have not entered an appearance, however, and no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or Defendants' counsel regarding a response to the complaint.

    If Plaintiff fails by June 18, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: May 28, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge